**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:18-cv-20237-CMA**

ANDRES GOMEZ,

    Plaintiff,
v.

TD BANK, NATIONAL ASSOCIATION,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ, and Defendant, TD BANK, NATIONAL ASSOCIATION, hereby advise the Court that the parties have reached a settlement in principle in the instant case. The Parties will file papers necessary to dismiss this action with prejudice once the Parties finalize the confidential settlement agreement, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines, with the expectation that a Joint Notice of Dismissal with prejudice as to all claims and all parties will be filed within 30 days.

    Dated: March 22nd, 2018

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Kassia Fialkoff* |
| ANTHONY J. PEREZ | KASSIA FIALKOFF |
| GARCIA-MENOCAL & PEREZ, P.L. | DUANE MORRIS, LLP |
| 4937 S.W. 74th Court, Unit #3 | 200 South Biscayne Boulevard |
| Miami, FL 33155 | Miami, FL 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 9605-2200 |
| Facsímile: (305) 553-3031 | kfialkoff@duanemorris.com |
| Primary Email: ajperezlaw@gmail.com | *Attorneys for Defendant* |
| Secondary Email: mpomares@lawgmp.com | |
| Alternate Email: agmlaw@bellsouth.net | |
| *Attorneys for Plaintiff* | t |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22nd, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperezlaw@gmail.com
Secondary E-Mails: agmlaw@bellsouth.net

By:  ___*/s/ Anthony J. Perez, Esq.*_____
ANTHONY J. PEREZ
Florida Bar No.: 535451
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610