UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-20237-CMA

ANDRES GOMEZ,

    Plaintiff,

v.

TD BANK, NATIONAL ASSOCIATION,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANDRES GOMEZ ("Plaintiff") and Defendant, TD BANK, NATIONAL ASSOCIATION, ("Defendant") (Plaintiff and Defendant are collectively referred to as the Parties), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice.

Jointly submitted this 5th, day of July, 2018.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Kassia Fialkoff* |
| ANTHONY J. PEREZ | KASSIA FIALKOFF |
| GARCIA-MENOCAL & PEREZ, P.L. | DUANE MORRIS, LLP |
| 4937 S.W. 74th Court, Unit #3 | 200 South Biscayne Boulevard |
| Miami, FL 33155 | Miami, FL 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 9605-2200 |
| Facsímile: (305) 553-3031 | kfialkoff@duanemorris.com |
| Primary Email: ajperezlaw@gmail.com | *Attorneys for Defendant* |
| Secondary Email: mpomares@lawgmp.com | |
| Alternate Email: agmlaw@bellsouth.net | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 5th, day of July, 2018.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail:   ajperezlaw@gmail.com
        Secondary E-Mails: agmlaw@bellsouth.net

        By:  */s/ Anthony J. Perez*
            ANTHONY J. PEREZ